No. ——, Original. *Ex parte:* IN THE MATTER OF CHRISTOFFER HANNEVIG ET AL., PETITIONERS. Submitted March 17, 1919. Decided March 31, 1919. Motion for leave to file petition for writs of prohibition, mandamus, and certiorari denied. *Mr. Frederic R. Coudert* and *Mr. Howard Thayer Kingsbury* for petitioners.

---

No. 704. R. E. ODEN, SHERIFF OF ALLEN PARISH, LOUISIANA, *v.* A. V. COCO, ATTORNEY GENERAL OF LOUISIANA. Error to the Supreme Court of the State of Louisiana. Motion to dismiss or affirm submitted March 31, 1919. Decided April 14, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Empire State-Idaho Mining Co.* v. *Hanley*, 205 U. S. 225, 232; *Goodrich* v. *Ferris*, 214 U. S. 71, 79; *Brolan* v. *United States*, 236 U. S. 216, 218. (2) *Consolidated Turnpike Co.* v. *Norfolk, &c., Ry. Co.*, 228 U. S. 596, 599; *Municipal Securities Corporation* v. *Kansas City*, 246 U. S. 63, 69; *Bilby* v. *Stewart*, 246 U. S. 255, 257. *Mr. Chas. Arthur McCoy* for plaintiff in error. *Mr. Harry P. Sneed* for defendant in error.